

**"THE FOLLOWING STATEMENT IS BEING GIVEN BY ME FREELY AND WITHOUT COERCION FOR OFFICIAL COMMONWEALTH BUSINESS AND WILL BE CONSIDERED FOR ALL PURPOSES, INCLUDING ACTIONS UNDER THE STATUTES OF THIS COMMONWEALTH, JUST AS THOUGH IT HAD BEEN SWORN OR AFFIRMED BEFORE A COURT OF LAW OR FORMAL ARBITRATION PANEL."**

On February 21, 2019 Patrick Simmons went out on Workers Comp, At 12:30  Sgt. Kent Kaylor, Cpl. Dennis Harding and Lt. David J. Nasal came down to the garage and asked me if I wanted to be the Automotive Supervisor?  I said, isn't that Pat's job? They replied, not if you take it. This felt wrong. I said, can I give you my answer tomorrow? They said, yes. I immediately called my union rep and they told me it was illegal for them to give me Patrick's job because it's a violation of State and Federal disability laws.

The following Monday I was called to the Lt's office, I was asked, are you going to take the position? I said, No! my union rep told me it would be illegal for me to accept his position at this time. They were not happy with me and told me to go back to work.

Date___2/26/2019___

Title ___Auto mechanic___

Signature _[signature]_

Print Name___Brian Hague___

Page ___of___

# WITNESS STATEMENT

The following statement is being given by me freely and without coercion for official Commonwealth business and will be considered for all purposes, including actions under the Statutes of this Commonwealth, just as though it had been sworn or affirmed before a court of law or formal arbitration panel.

During the time Pat was out he had contacted me over messenger asking me to be a character witness. At this time, I had little knowledge of what had all transpired. All I knew was that there was an incident where Pat had shot someone while off from work and there was a video of it happening. I had not seen the video or asked anyone what had happen. These were just things I heard people say at the stations. I did not want to hear what happened if I was going to be a character witness. I had agreed to be one when Pat asked me. After saying yes then I asked a few Troopers if it was a smart idea to get involved due to the politics of the state. At that point a few troopers that over heard me asking a single Trooper that question chimed in saying. Trooper 1: "Pat's going away for 20 years, he shot a dude running away". Trooper 2: "I wouldn't get involved". Then asked even if I'm just saying".

I worked with him for 3 years without a single situation that made me question his integrity. "I thought that was all a character witness was". This did not deter me. I contacted Pat again and verified that I would still be a witness because he has never left me hanging when I need support working on state issues or repairs. He would stop what he was doing to assist even when it was not under his responsibility.

_____2-18-20_____
Date

Signature _Dan Horan_

## WITNESS STATEMENT

The following statement is being given by me freely and without coercion for official Commonwealth business and will be considered for all purposes, including actions under the Statutes of this Commonwealth, just as though it had been sworn or affirmed before a court of law or formal arbitration panel.

Hi my name is Benjamin Ferrara I am the owner of twins at Foxchase auto body. I am writing to you because of a conversation that took place with me and a Trooper from the media barracks. The person contacted me about an estimate that I had written because they were trying to help out Trooper Shehu and when I had questioned where is Pat?, or when will he be returning. They had said," oh pat is no longer with the state police and that he was going to be terminated". "He is not coming back" and I said, "oh ok that is sad". Pat did a great job and I never had a problem with him in 3 years of dealing with him.

2/19/2020
**Date**

_(signature)_
**Signature**

2/19/2020

_(signature)_

## WITNESS STATEMENT

The following statement is being given by me freely and without coercion for official Commonwealth business and will be considered for all purposes, including actions under the Statutes of this Commonwealth, just as though it had been sworn or affirmed before a court of law or formal arbitration panel.

On 02/11/20, I walked into the garage to ask SIMMONS a question. Upon entering the office SIMMONS was seated with his back to the door and Trooper SHEHU was seated facing the door. They were having a discussion. Within seconds of walking in the office, Trooper SHEHU began to question SIMMONS about changing the password for online access to the garage. SIMMONS stated that Trooper SHEHU had to be the one who changed the password. Trooper SHEHU stated he didn't change it and that he didn't know the password to change it. SIMMONS explained that he gave him the password then shortly after it was changed. Both parties began to raise their voices at each other. Trooper SHEHU stood up from his chair while SIMMONS was still seated and insisted that he didn't change the password. Both SIMMONS and SHEHU were using profanities during this interaction. As the argument began to escalate SIMMONS stopped talking and walked out of the office to distance himself from Trooper SHEHU. Trooper SHEHU then followed him out of the office and into the second bay of the garage and continued to argue. I stood in the middle of the two of them and told them to relax and walk away. That was the end of the argument.

On 02/12/20, I approached Trooper SHEHU in the morning to ask if they had resolved their conflict. Trooper SHEHU said there is no resolution and he was angry that SIMMONS had taken down his white board. He also then brought up the fact that SIMMONS keys were missing his personal toolbox and stated he didn't know where they were. I explained to Trooper SHEHU that he did in fact know where they were because he saw me take them out and that I told him don't use these keys as its SIMMON's personal box. If you want to access it you need to call SIMMON's to get permission. Trooper SHEHU also stated that he was not using profanity during the interaction with SIMMON's. I advised Trooper SHEHU that they both were using profanity and that I was standing 2 feet away from them during the entire argument. Trooper SHEHU stated that the command staff knew about the interaction with him and SIMMON's. That was the end of the conversation.

02/19/20
Date

Signature                Jarett HARVEY

02/19/20
Date

Typist's Signature          Jarett HARVEY

SP 3-400 (11-96)

## COMMONWEALTH EMPLOYEE WITNESS STATEMENT

The following statement is being given by me freely and without coercion for official Commonwealth business and will be considered for all purposes, including actions under the statutes of this Commonwealth, just as though it had been sworn or affirmed before a court of law or formal arbitration panel.

I am Trooper Saimir Shehu currently assigned as Troop K Philadelphia Station Vehicle Maintenance Officer. The purpose of this statement is to explain the actions of mechanic Patrick Simmons after he started working in the garage.

When I started working in the garage, there were no mechanics there for months. The garage was filthy and disorganized. I began organizing the workplace and storage areas. There were approximately 12 patrol vehicles from Troop K's fleet in the parking lot. These patrol cruisers were either crashed and totaled or disabled due to mechanical issues. When I was assigned my duties were to take care of the garage the fleet and also, I was trained by the PSP Transportation to update the M5 system. In addition, I was also handling the logistics for P&S storage warehousing operations.

On 02/03/20, at 6:00, Patrick SIMMONS began his first day of work in the garage after returning from his medical leave. When SIMMONS came in, he saw the changes and neatness of the garage. I was happy to see him there because I thought he would be a great help handling the volume of work at the garage. But that changed later during the week. During SIMMONS' absence, while on medical leave, his State Issued Inspection certificates were left unsecured and unlocked inside a drawer in violation of PA inspection rules. Previously MCEO McMurray and I took the inspection Certificates and the log book to Staff Sgt. KAYLOR for safekeeping. SIMMONS looked through the drawers and could not locate the PA Inspection and Emissions Certificates and the log book. SIMMONS asked me several times where the stickers were, growing angry. His frustration was obvious to the point that was making me uncomfortable with his accusatory tone.

He noticed that the metal workbenches were in a different location than before. SIMMONS stated that he did not like them being there and that the situation was going to change. The next day SIMMONS changed the location of the workbenches without discussing it with me. I believe that he was seeking conflict and I felt un-comfortable with his attitude. I did not confront him because I believed he was just having a bad day. He did not discuss with me any issue that he had with the garage looked, but decided to change things on his own, un-doing all my work and effort to organize and create a system, which I believe, was transparent and beneficial for everyone using the garage.

SIMMONS walked into the garage office and was upset with the changes that I had made to organize the garage as well as the office. I explained to him that I was tasked with being the Vehicle Maintenance Officer and organizing the garage.

SIMMONS complained to me with an accusatory voice tone that his tool box key was missing. (It should be noted that the only people that knew where the key was were Tprs. Harvey and Revak).

SIMMONS complained further that his personal vehicle tires were missing from the tire storage room. I noticed that he was very confrontational in many aspects I did not want to deal with him. I did not want conflict and I decided to create space by doing vehicle runs to different vendors.

He inquired about the garage door opener device that was not working. I explained to him that Sgt. Kaylor's orders were to deactivate it due to security issues and not to use it again. The device was disconnected from the network since September 2019. SIMMONS had connected the garage door opener.

On 02/04/20, I noticed that SIMMONS not only had changed the location of the work benches, and items previously located on the floor without discussing it with me. I noticed that he was not receptive to discuss with me in any shape or form about us working together.

On 02/05/20, SIMMONS contacted Mike's Auto Body and Glass, and Collision 360. SIMMONS introduced himself as the NEW Troop K Philadelphia Vehicle Maintenance Officer and Supervisor. He called to ask about the location Vehicles K1-31 and K1-39, although I previously explained to him that the vehicles were repaired. These vehicles were back in the fleet and it was accurately reflected on Troop K Fleet Status a white magnetic board that I installed inside the garage, a visual fleet status system. In addition, I had shown SIMMONS all the Repair Work Orders / Requests. These files were organized and located inside metal wall-hanging folders system that I created.

On the same day I received calls from the above vendors concerning what was going on and they were wondering if I was still employed with the PSP. I felt embarrassed that they were contacting me about an internal issue.

During the week of 02/03/20-02/07/20, SIMMONS traveled along with me to transport vehicles to different vendors. During our travel, he made comments about his situation and how upset and angry he was with everybody including Philadelphia Station Commissioned Officers and the Staff Supervisors and PSP Troopers in Philadelphia SIMMONS mentioned that "people (referring to Sgt. KAYLOR) were running their mouth to the vendors about his situation" and he knew that they were going to suspend him without pay and fire him. He angrily stated that nobody cared for him especially when he bent over backwards for everyone.

During the first week working in the garage I explained to SIMMONS the issues with two vendors like Twin's At FOX Chase and DeSimone. Twin's would not show up on time. The owner was previously advised to comply, and issue was discussed with Cpl. Durham. DeSimone would not respond to e-mails on time which would affect the timeliness of the repairs. I previously recorded these issues by discussing them with my immediate supervisor Cpl. Denea DURHAM, and Mrs. Jamie KOPPENHAVER from PSP Transportation.

During my few months of work here at the garage I noticed that these two vendors were problematic. Mrs. Jamie KOPPENHAVER PSP Transportation advised me to keep an watchful eye and she asked if issues persist she would contact DGS.

SIMMONS contacted them to get estimates for newly wrecked vehicles without discussing it with me and continued to disregard my presence there.

During that week SIMMONS helped me install the garage door opener software on my cell on Friday. On Friday 02/07/11, at 2235 hours SIMMONS texted me asking me if I changed the password for the garage door opener. I asked him whether he was trying to get in. He said no. I did not understand why he was attempting using the MyQ garage software that late.

02/11/20 at approximately 06:35 I arrived in the garage office of Troop K Philadelphia. I noticed that Troop K Fleet Status Magnet Board was removed from the wall. I installed this board with the request of my supervisor, and Cpl. Tang assisted me to install it in my office. (The Magnets and printed labels were purchased with state money with the assistance of Trooper Rebecca LADD PSP Media).
SIMMONS came in the office and related to me that he was the Vehicle Maintenance Officer and supervisor and he had removed the board. I asked him about the magnet pieces and he related that he threw them in trash. I reminded him that I was also assigned to work there, and it was not his decision to remove items without discussing it with me first. SIMMONS was not receptive he stated that that was his office and that he was the Garage supervisor and the Vehicle Maintenance Officer without regarding to consider the decision of the Staff for my placement as A VMO at the garage.

Trooper Jarret HARVEY walked in and at that time SIMMONS confronted me insinuating and accusing me about changing the garage door code password. I told him not to accuse me of something I did not do. The talk that we had was becoming an argument and I stepped away.

I believe that SIMMONS' actions are disruptive to my work environment. I notice animosity, lack of respect and disregard for the others. His personal issues are interfering with his judgement and I personally believe that his anger is going to become a safety issue when handling the PSP fleet vehicles.

His accusations are directed toward me and the staff and I cannot work with him.
I don't think he is intending to take a positive step forward and he is going to escalate any situation he can to a conflict without any remorse and without yielding to the work place regulation.

I feel harassed by his attitude and actions.


_____
Signature

02/12/20
_____
Date

Case 2:21-cv-01455-CRE Document 1-1 Filed 10/26/21 Page 8 of 24

ATTORNEYS        PRACTICE AREAS        COMMUNICATIONS        ABOUT        CA

PHONE: 412.456.2800                                    SEARCH ...



# EMPLOYERS – WHAT YOU NEED TO KNOW WHEN HIRING UNDER THE NEW PA LAW WHICH LIMITS AVAILABILITY OF CRIMINAL RECORD INFORMATION

*Articles, Blog, News*   *September 4, 2018*

Use of criminal records for employment decisions has always been a challenge for businesses and with the impleme
the new "Clean Slate" bill employers should exercise caution.

Pennsylvania law has long provided that an employer can only consider an applicant's felony and misdemeanor con
the extent the convictions relate to an applicant's suitability for the position for which they have applied. Under exi
employer is required to notify the applicant in writing if the decision not to hire was based in whole or in part on cri
history record information. Generally, in Pennsylvania, employers are not permitted to consider arrest records for
decisions. The Equal Employment Opportunity Commission has also stated that use of arrest records disproportion
affects minority candidates for employment and could result in discrimination claims.

This website uses cookies to improve functionality and performance. If you continue browsing the site,
you are giving consent to the use of cookies and tracking on this website.
Please see our Privacy Policy for further details.

Ok

10/20/2020
Employers: What You Need To Know When Hiring Under The New PA Law Which Limits Availability Of Criminal Record Information - ...

Case 2:21-cv-01536-CRE Document 2-1 Filed 03/25/21 Page 9 of 24

misdemeanor offenses that include less than a two-year prison sentence if the person has been free from convictio

years. It further provides that law enforcement agencies must remove records of arrests and other criminal procee

three years have passed without a conviction or further proceedings.

The legislation does not allow for records-sealing in more serious crimes, such as firearms charges, sexual offenses,

kidnapping, child endangerment, and endangering the welfare of children, among other serious offenses.

The bill includes a mandate for the Administrative Office of Pennsylvania Courts not to post on internet websites a

information relating to convictions, arrests, indictments, or other information that was subject to a court order or v

automatically sealed. Criminal docket searches previously could be used to reveal a candidate's criminal history rec

including arrests. Because the dockets are public record, employers often utilize a criminal docket search as part of

candidate's background investigation. Now, such docket searches may only have limited information.

The Clean Slate bill also prohibits employers from requesting an individual's criminal history records that have bee

or sealed pursuant to the new law. The statute provides that if a candidate is questioned, they may respond as if the

not occur. This could impact the way employers ask questions on employment applications about criminal convictic

Employers should now include a disclaimer on their applications that the candidate should not provide information

criminal conviction that has been expunged or sealed pursuant to law. The law provides an exception for federal lav

require consideration of an applicant's criminal history for purposes of employment.

Employers may not use sealed or expunged offenses to prohibit the employment of a candidate. The Clean Slate bil

immunity from liability for employers who hire an individual with an expunged or sealed criminal record in a civil ac

upon damages suffered as a result of the employee's criminal or unlawful actions and the individual's suitability for

employment. The impact of the Clean Slate bill will limit the information employers may receive from a criminal bac

check and employers will no longer be able to consider certain old criminal records for employment decisions.

For more information about the new law, please contact employment attorney Elaina Smiley at es@muslaw.com or

This website uses cookies to improve functionality and performance. If you continue browsing the site,
you are giving consent to the use of cookies and tracking on this website.
Please see our Privacy Policy for further details.

Ok

Commonwealth of Pennsylvania

v.

Patrick J. Simmons

3281 Livingston Street
Philadelphia, PA 19134

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

DOCKET NO:
MC-51-CR -23043_____ -2019

Lower Court Docket Number (If Applicable):

-51- -_____ -____
-51- -_____ -____
-51- -_____ -____

# ORDER

AND NOW, this 19th day of January, 2021, after consideration of the petition for expungement Pursuant to Pa.R.Crim.P. 790 presented by Patrick J. Simmons_____, it is ORDERED that the Petition/Motion is Granted

The defendant's arrest record regarding these charges shall be expunged. Further, it is ORDERED that the arresting agency shall destroy all criminal records, fingerprints, photographic plates and photographs pertaining to the charge(s) specified below, which resulted from the arrest(s) of Patrick J. Simmons on August 30, 2019_____. In addition, all criminal justice agencies upon which this order is served shall expunge and destroy the official and unofficial arrest and other criminal records, files and other documents pertaining to the captioned proceedings.

The information required under Pa.R.Crim.P. 790 appears on the attached page(s) which is hereby incorporated into this ORDER by reference.

**JONATHAN R. ALTSCHULER, ESQUIRE**
**Identification No. 82975**
**1515 Market Street**
**Suite 1650**
**Philadelphia, PA 19102**
**267-888-8529**

BY THE COURT

I HEREBY CERTIFY the foregoing to be a true and correct copy of the original ___Order___ as filed in this office:

Date: 1-22-21

DD

Active Criminal Records
Criminal Motion Court Clerk
First Judicial District of Pa

SP 3-201 (6-2006)



# PENNSYLVANIA STATE POLICE
## DEPARTMENT CORRESPONDENCE

DATE:          August 2, 2016

SUBJECT:       Handling of Incident, Democratic National Convention

TO:            Patrick SIMMONS
               Automotive Unit
               Troop K, Philadelphia

FROM:          Corporal Joseph YINGLING
               Patrol Supervisor
               Troop K, Philadelphia

During the week of July 23, 2016 the Democratic National Convention was held in Philadelphia City, Philadelphia County, Pennsylvania. This detail brought Troopers and State Police Vehicles from every State Police Troop to Troop K/Philadelphia.

Patrick SIMMONS, being assigned to the Troop K/Philadelphia Automotive Unit was assigned to ensure not only the State Police Vehicles from Troop K/Philadelphia were functional and up to operational needs twenty four hours a day but also every State Police Vehicle from every Troop in the State was as well. Patrick SIMMONS worked long hours, in extreme heat, often times without a break for several hours. Patrick SIMMONS carried himself in a professional matter at all times, stayed motivated, dedicated, and never swerved from the path of duty, prevailing over the extreme heat and grueling conditions that this detail carried.

As the supervisor of this detail, it was a great honor and privilege to serve with Patrick SIMMONS during the week of July 23, 2016. Patrick SIMMONS'S dedication to duty and dedication to service was exemplary. Patrick SIMMONS is a valuable asset to the Pennsylvania State Police and he certainly deserves recognition.

This is Outstanding Work and Patrick SIMMONS is to be commended for it!

*An Internationally Accredited Law Enforcement Agency*

# EMPLOYEE PERFORMANCE REVIEW

EPR Links Document

363L (Rev. 8/2011)

00143653

| **GENERAL INFORMATION** | **TYPE REPORT** | ☐ PROBATIONARY | ☐ INTERIM | ☒ ANNUAL |
|---|---|---|---|---|

| EMPLOYEE NAME<br>SIMMONS, Patrick J. | AGENCY<br>PA State Police | | PERSONNEL NUMBER<br>707929 |
|---|---|---|---|
| CLASS TITLE<br>Automotive Mechanic | ☐ SUPERVISOR<br>☒ NON-SUPERVISOR | ☐ CIVIL SERVICE<br>☒ NON-CIVIL SERVICE | ☒ UNION<br>☐ NON-UNION |
| ORGANIZATION<br>4110 PA STATE POLICE - Philadelphia | EVALUATION PERIOD<br>FROM 12/2013          TO 12/2014 | | |
| SUPERVISOR NAME<br>Giuseppe Lombardi | SUPERVISOR POSITION NUMBER<br>492080 | | |

## GENERAL INSTRUCTIONS

☒ *Verify/complete General Information.*

☒ *Review with the employee the employee's position description, performance standards (expectations/objectives/duties) for the evaluation period* to ensure the appraisal relates to the specific responsibilities, job assignments, and standards that were conveyed to the employee for the evaluation period.

*(On-line Position Description Application)*

☒ *Base the appraisal on the employee's performance during the entire evaluation period,* not isolated incidents or performance prior to the current evaluation period. Obtain/review necessary input and supporting data.

☒ *Rate each factor in relation to the standards established and the guidelines listed on the form.*

☒ *Provide an overall rating* based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions. Each factor need not be of equal weight but comments should justify significant differences impacting on the overall rating.

☒ *Assess employee strengths and identify opportunities where the employee could improve or requires additional knowledge or skill.* Include projected development needs to meet anticipated assignments during the next evaluation period. Obtain employee input regarding their training needs. When rating employees, consider their participation and willingness to participate in employee development opportunities.

☒ The *comments sections* should be used to: support performance ratings, indicate problem areas, and provide guidance to employees on how to improve performance. *Comments MUST be provided for all ratings given.* Supervisor, reviewing officer, and employee comments are to be relevant and job related. *(Additional comments for any sections should be placed on Page 5 of this form if completing the form electronically or by attaching additional 8 ½ by 11 paper in similar format.)*

☒ *Discuss/obtain comments and signature/date* of reviewing officer before discussion with employee.

☒ *Sign/date the form, meet with employee to discuss the rating,* and obtain the employee's signature/date/comments. Arrange for reviewing officer discussion if requested.

☒ *Update with the employee position description, essential job functions, and performance standards/objectives for the next evaluation period.*

## COMMUNICATION OF PERFORMANCE STANDARDS

*Indicate when you conveyed performance standards to the employee and when progress review(s) was conducted:*

1. **Performance standards (objectives, duties, expectations, etc.) for this evaluation period were conveyed to employee on 12/23/13.**
   date(s)

2. **Progress Review(s) was conducted on 06/23/14 (at least one during the evaluation period).**
   date(s)

| EMPLOYEE NAME: SIMMONS, Patrick J. | PERSONNEL NUMBER: 707929 |
|---|---|

## JOB FACTORS

**1. JOB KNOWLEDGE/SKILLS** Measures employee's demonstrated job relevant knowledge and essential skills, such as work practices, policies, procedures, resources, laws, customer service, and technical information, as well as the relationship of work to the organization's mission. Also measured are the employee's self-improvement efforts to enhance skills and knowledge and to stay current with changes impacting the job.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Possesses superior job skills and knowledge; effectively applies them to work assignments.<br>• Willingly mentors staff; shares knowledge.<br>• Seeks/applies innovative and relevant techniques. | • Work reflects thorough and current knowledge/ skill of job and impact on agency activities/related resources.<br>• Uses opportunities to expand knowledge/skills, sharing information with staff. | • Work reflects adequate knowledge/skills for job.<br>• Has some knowledge of related work.<br>• Stays current with major changes impacting on knowledge or skill.<br>• Accepts change. | • Often demonstrates a lack of basic or sufficient job knowledge/skills to perform routine functions of the job.<br>• Occasionally is resistant to changing knowledge and/or skill requirements or processes, including opportunities for knowledge/skill enhancement. | • Consistently demonstrates a lack of basic job knowledge and/or skills to perform job.<br>• Rarely takes advantage of available skill enhancement or training opportunities.<br>• Often is resistant to changing requirements. |

Comments: Mr. SIMMONS has good technical skills in the automotive repair field.

**2. WORK RESULTS** Measures employee's results in meeting established objectives/expectations/standards of quality, quantity, customer service, and timeliness both individually and in a team.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Work consistently exceeds expectations of quality, quantity, customer service, and timeliness. | • Work frequently exceeds expected quality, quantity, customer service, and timeliness standards. | • Work usually meets expectations of quality, quantity, customer service, and timeliness. | • Often has difficulty meeting expected quality, quantity, customer service, and/or timeliness standards. | • Consistently fails to meet expected quality, quantity, customer service, and/or timeliness standards. |

Comments: Mr. SIMMONS's time management skills are good and he meets all deadlines.

**3. COMMUNICATIONS** Measures employee's performance in exchanging information with others in an effective, timely, clear, concise, logical, and organized manner. Communications include listening, speaking, writing, presenting, and sharing of information. Consideration is given to client/data complexity/sensitivity.

| OUTSTANDING ☐ | COMMENDABLE ☐ | SATISFACTORY ☒ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Consistently communicates in clear, effective, timely, concise, and organized manner.<br>• Is articulate and persuasive in presenting, soliciting complex or sensitive data. | • Frequently communicates in an effective, timely, clear, concise, and organized manner.<br>• Proficiently organizes and presents difficult facts and ideas orally and in writing.<br>• Seeks/provides feedback. | • Usually communicates effectively and exchanges relevant information in a timely manner.<br>• Speaks and writes clearly.<br>• Keeps others informed.<br>• Listens with understanding. | • Often fails to communicate effectively or in a timely manner.<br>• Lacks clarity of expression orally or in writing.<br>• Is inconsistent in keeping others informed.<br>• At times, fails to listen effectively. | • Consistently fails to communicate effectively or timely.<br>• Often does not keep others informed.<br>• Is an ineffective listener and/or frequently interrupts. |

Comments: Mr. SIMMONS has good communication skills. Although his handwriting makes his reports a bit hard to read.

**4. INITIATIVE/PROBLEM SOLVING** Measures the extent to which the employee is self-directed, resourceful, and creative in performing job duties individually or in a team. Also measures employee's performance in identifying and resolving problems; following through on assignments; and initiating or modifying ideas, methods, or procedures to provide improved customer service, redesign business processes, and accomplish duties.

| OUTSTANDING ☐ | COMMENDABLE ☐ | SATISFACTORY ☒ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Consistently resolves unit/team problems and promotes improvements.<br>• Maximizes resources, innovation/technology to streamline/improve.<br>• Analyzes full dimension of complex problems.<br>• Requires minimal supervision. | • Prevents/resolves unit/team problems.<br>• Suggests innovations to improve operations or streamline procedures.<br>• Defines and analyzes complex problems.<br>• Develops/implements solutions with moderate supervision. | • Addresses existing and significant potential problems.<br>• Suggest or assists in developing solutions individually or in a team.<br>• Carries through solution implementation with routine supervision or follow-up. | • Resolves routine problems.<br>• Exhibits little initiative in identifying problems, solutions, or improvements and/or working proactively as part of a team to address issues of concern.<br>• Requires more than routine supervision. | • Consistently fails to recognize or seek help in resolving routine problems.<br>• Demonstrates inability to work individually or in a team.<br>• Rarely suggests improvements.<br>• Requires frequent reminders and supervision. |

Comments: Mr. SIMMONS keeps a positive attitude towards his work.

| EMPLOYEE NAME: SIMMONS, Patrick J. | PERSONNEL NUMBER: 707929 |
|---|---|

**5. INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY (EEO)** Measures employee's development and maintenance of positive and constructive internal/external relationships. Consideration should be given to the employee's demonstrated willingness to function as a team player, give and receive constructive criticism, accept supervision, resolve conflicts, recognize needs and sensitivities of others, and treat others in a fair and equitable manner. Supervisors and team leaders also are to be assessed on their demonstrated commitment to Equal Employment Opportunity, diversity and proactive actions to prevent/address all forms of discrimination.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Consistently promotes and maintains a harmonious/productive work environment.<br>• Is respected and trusted and often viewed as a role model.<br>• Actively promotes EEO/diversity programs. | • Frequently fosters teamwork, cooperation, and positive work relationships.<br>• Handles conflict constructively.<br>• Promotes and adheres to EEO/diversity program requirements. | • Usually interacts in a cooperative manner.<br>• Avoids disruptive behavior. Deals with conflict, frustration appropriately.<br>• Treats others equitably. Adheres to EEO/diversity program requirements. | • Often has difficulty getting along with others. Allows personal bias to affect job relationships.<br>• Requires reminders regarding needs and sensitivities of others.<br>• Inconsistently adheres to EEO/diversity program requirements. | • Interpersonal relationships are counter-productive to work unit or team functions.<br>• Often ignores EEO/diversity program requirements. |

Comments: Mr. SIMMONS has a good working relationship with PSP members.

**6. WORK HABITS** Measures employee's performance relative to efficient methods of operation, customer service, proper conduct, speech ethical behavior, and Commonwealth/agency/work unit policies and procedures, such as attendance, punctuality, safety, security, proper care and maintenance of assigned equipment, and economical use of office supplies.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Work reflects maximum innovative use of time and resources to consistently surpass expectations and improve operations.<br>• Serves as a role model with regard to work policies and safety standards. | • Frequently plans/organizes work to timely and effectively accomplish job duties with appropriate use of resources.<br>• Suggests/implements improvements and exceeds organizational work/safety rules and standards. | • Work is planned to meet routine volume and timeliness and usually fulfills operational and customer service needs.<br>• Adheres to organizational work policies/safety rules and procedures with few exceptions. | • Frequently lacks organization and planning of work and does not adequately use available resources.<br>• Often does not meet standards in complying with work policies/safety rules and/or care of equipment. | • Consistently fails to meet expected standards due to lack of effective organization, use of equipment/resources, or inattention to customer service needs.<br>• Resists established work policies/safety rules and procedures. |

Comments: Mr. SIMMONS has good work habits. He meets or exceeds PSP requirements.

**7. SUPERVISION/MANAGEMENT** (Required for all supervisors/managers) Measures leadership, judgment, initiative, and achievement of expectations. Effectively managers program/projects, employees, budget, technology, and organizational change to produce positive results. Engages in strategic planning and measurement, performance management, teamwork, staff development, and recognition of accomplishments. Promotes customer service, diversity, inclusiveness, collaboration, effective communication, and positive labor/management relations. Uses innovation and fulfills administrative requirements.

| OUTSTANDING ☐ | COMMENDABLE ☐ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Regularly exceeds expectations.<br>• Implements innovative policies, resources, and technology to maximize efficiency and service.<br>• Committed to and promotes excellence; leads by example energizing performance and teamwork.<br>• Uses and encourages creative decisions and solutions.<br>• Acts a positive change agent. | • Meets and frequently exceeds expectations.<br>• Improves efficiency and customer service.<br>• Provides staff with innovative and constructive direction, delegation, feedback, mentoring, and recognition.<br>• Adheres to performance management/administrative policies.<br>• Makes sound decisions.<br>• Promotes and maintains teamwork, inclusiveness, respect, and creativity. | • Meets most expectations timely and effectively.<br>• Maintains acceptable efficiency and customer service.<br>• Provides staff necessary direction, feedback, development, and recognition.<br>• Makes decisions that usually reflect sound judgment.<br>• Usually adheres to administrative policies.<br>• Encourages innovation, teamwork, and inclusiveness. | • Often fails to meet expectations timely and effectively.<br>• Efficiency and customer service occasionally fall below standards.<br>• Inadequately directs, trains, monitors, and recognizes staff.<br>• Inadequately fulfills administrative and performance management functions.<br>• Often lacks good judgment in decisions.<br>• Lacks leadership in promoting innovation, teamwork, and inclusiveness. | • Consistently fails to meet expectations timely or effectively.<br>• Delivers unacceptable customer service or operational efficiency.<br>• Disregards or ineffectively provides staff direction, monitoring, and development.<br>• Often ignores performance management or administrative policies.<br>• Is indecisive or lacks good judgment.<br>• Resists change. |

Comments: N/A

| EMPLOYEE NAME: SIMMONS, Patrick J. | PERSONNEL NUMBER: 707929 |
|---|---|

## OVERALL RATING

**INSTRUCTIONS:** Provide an overall rating based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions. This rating provides an overall impression of job performance that is *supported* by the job factor ratings, not necessarily an *average* of those ratings. Thus, each factor need not be of equal weight but comments should justify significant differences on the overall rating.

| OUTSTANDING ☐ | COMMENDABLE ☐ | SATISFACTORY ☒ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Employee consistently and significantly exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets and frequently exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets the expectations and standards of the employee's job in a fully adequate way. | • Employee meets many of the expectations of the job in a satisfactory manner but often fails to adequately meet some of the expectations or standards. Improvement is required. | • Employee fails to meet many job expectations and standards. Performance deficiencies must be corrected. |

<u>Overall Comments:</u> Mr. SIMMONS meets the standards of the PA State Police.

**EMPLOYEE STRENGTHS:** (Identify strong attributes, abilities, or proficiency in an area, to maximize the employee's contribution to the organization in utilizing these abilities and skills and to identify potential mentor relationships.)
Comments: Mr. SIMMONS has a positive outlook toward his job here at PSP.

**OPPORTUNITIES FOR DEVELOPMENT:** (Identify knowledge, skills, and abilities that may need improvement. Address developmental activities to assist the employee in addressing either areas of concern or opportunities for professional growth.)
Comments: Mr. SIMMONS needs to work on better documenting vehicle information for future services.

| Rater's Signature: Giuseppe Lombardi | Date: 12/3/14 |
|---|---|

## REVIEWER'S COMMENTS

Comments:
Mr. SIMMONS has been a valuable Automotive Mechanic at Troop K. I believe Mr. SIMMONS is a hard worker and does a good job. Please keep up the good work.

| Reviewer's Signature: SGT. | Date: 12/3/14 |
|---|---|

## EMPLOYEE'S COMMENTS

☐ I AGREE WITH THIS RATING          ☐ I DISAGREE WITH THIS RATING

☐ I WOULD LIKE TO DISCUSS THIS RATING WITH MY REVIEWING OFFICER

☐ DISCUSSION WITH MY REVIEWING OFFICER OCCURRED _____
                                                    (DATE)

☐ I ACKNOWLEDGE THAT I HAVE READ THIS REPORT AND I HAVE BEEN GIVEN AN OPPORTUNITY TO DISCUSS IT WITH THE EVALUATOR; MY SIGNATURE DOES NOT NECESSARILY MEAN THAT I AGREE WITH THE REPORT.

Comments:

| Employee's Signature: | Date: |
|---|---|

| EMPLOYEE NAME: SIMMONS, Patrick J. | PERSONNEL NUMBER: 707929 |
|---|---|

## ADDITIONAL RATER COMMENTS

(Space will open as you type)

| JOB KNOWLEDGE/SKILLS: |
|---|
| WORK RESULTS: |
| COMMUNICATIONS: |
| INITIATIVE/PROBLEM SOLVING: |
| INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY: |
| WORK HABITS: |
| SUPERVISION: |
| OVERALL RATING: |
| EMPLOYEE STRENGTHS: |
| OPPORTUNITIES FOR DEVELOPMENT: |

## ADDITIONAL REVIEWER'S COMMENTS

## ADDITIONAL EMPLOYEE'S COMMENTS

# EMPLOYEE PERFORMANCE REVIEW

EPR Links Document

363L (Rev. 8/2011)

| GENERAL INFORMATION | TYPE REPORT | | | |
|---|---|---|---|---|
| | | ☐ PROBATIONARY | ☐ INTERIM | ☒ ANNUAL |

| | | |
|---|---|---|
| **EMPLOYEE NAME**<br>Patrick J. Simmons | **AGENCY**<br>020 PA State Police | **PERSONNEL NUMBER**<br>00707929 |

| | | |
|---|---|---|
| **CLASS TITLE**<br>Machanic Supervisor | ☒ SUPERVISOR<br>☐ NON-SUPERVISOR | ☐ CIVIL SERVICE     ☐ UNION<br>☐ NON-CIVIL SERVICE     ☐ NON-UNION |

| |
|---|
| **ORGANIZATION**<br>4110 Philadelphia Station |
| **EVALUATION PERIOD**<br>FROM 10/2017          TO 10/2018 |

| | |
|---|---|
| **SUPERVISOR NAME**<br>Cpl. Dennis M. Harding | **SUPERVISOR POSITION NUMBER**<br>00683018 |

## GENERAL INSTRUCTIONS

☒ *Verify/complete General Information.*

☒ *Review with the employee the employee's position description, performance standards* (expectations/objectives/duties) *for the evaluation period* to ensure the appraisal relates to the specific responsibilities, job assignments, and standards that were conveyed to the employee for the evaluation period.

*(On-line Position Description Application)*

☒ *Base the appraisal on the employee's performance during the entire evaluation period,* not isolated incidents or performance prior to the current evaluation period.  Obtain/review necessary input and supporting data.

☒ *Rate* each factor in relation to the standards established and the guidelines listed on the form.

☒ *Provide an overall rating* based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions.  Each factor need not be of equal weight but comments should justify significant differences impacting on the overall rating.

☒ *Assess employee strengths and identify opportunities where the employee could improve or requires additional knowledge or skill.*  Include projected development needs to meet anticipated assignments during the next evaluation period.  Obtain employee input regarding their training needs.  When rating employees, consider their participation and willingness to participate in employee development opportunities.

☒ The *comments sections* should be used to:  support performance ratings, indicate problem areas, and provide guidance to employees on how to improve performance.  *Comments MUST be provided for all ratings given.* Supervisor, reviewing officer, and employee comments are to be relevant and job related. *(Additional comments for any sections should be placed on Page 5 of this form if completing the form electronically or by attaching additional 8 ½ by 11 paper in similar format.)*

☒ *Discuss/obtain comments and signature/date* of reviewing officer before discussion with employee.

☒ *Sign/date the form, meet with employee to discuss the rating,* and obtain the employee's signature/date/comments. Arrange for reviewing officer discussion if requested.

☒ *Update* with the employee position description, essential job functions, and performance standards/objectives for the *next evaluation period.*

## COMMUNICATION OF PERFORMANCE STANDARDS

*Indicate when you conveyed performance standards to the employee and when progress review(s) was conducted:*

1. Performance standards (objectives, duties, expectations, etc.) for this evaluation period were conveyed to employee on <u>10/26/18</u>.
   date(s)

2. Progress Review(s) was conducted on <u>09/20/2018</u> (at least one during the evaluation period).
   date(s)

| EMPLOYEE NAME: Patrick J. Simmons | PERSONNEL NUMBER: 00707929 |
|---|---|

## JOB FACTORS

**1. JOB KNOWLEDGE/SKILLS** Measures employee's demonstrated job relevant knowledge and essential skills, such as work practices, policies, procedures, resources, laws, customer service, and technical information, as well as the relationship of work to the organization's mission. Also measured are the employee's self-improvement efforts to enhance skills and knowledge and to stay current with changes impacting the job.

| OUTSTANDING | COMMENDABLE ☒ | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| • Possesses superior job skills and knowledge; effectively applies them to work assignments.<br>• Willingly mentors staff; shares knowledge.<br>• Seeks/applies innovative and relevant techniques. | • Work reflects thorough and current knowledge/ skill of job and impact on agency activities/related resources.<br>• Uses opportunities to expand knowledge/skills, sharing information with staff. | • Work reflects adequate knowledge/skills for job.<br>• Has some knowledge of related work.<br>• Stays current with major changes impacting on knowledge or skill.<br>• Accepts change. | • Often demonstrates a lack of basic or sufficient job knowledge/skills to perform routine functions of the job.<br>• Occasionally is resistant to changing knowledge and/or skill requirements or processes, including opportunities for knowledge/skill enhancement. | • Consistently demonstrates a lack of basic job knowledge and/or skills to perform job.<br>• Rarely takes advantage of available skill enhancement or training opportunities.<br>• Often is resistant to changing requirements. |

Comments: Mr. Simmons' knowledge and skills in the automotive repair field are current. He ensures the vehicles are repaired properly and efficiently.

**2. WORK RESULTS** Measures employee's results in meeting established objectives/expectations/standards of quality, quantity, customer service, and timeliness both individually and in a team.

| OUTSTANDING | COMMENDABLE ☒ | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| • Work consistently exceeds expectations of quality, quantity, customer service, and timeliness. | • Work frequently exceeds expected quality, quantity, customer service, and timeliness standards. | • Work usually meets expectations of quality, quantity, customer service, and timeliness. | • Often has difficulty meeting expected quality, quantity, customer service, and/or timeliness standards. | • Consistently fails to meet expected quality, quantity, customer service, and/or timeliness standards. |

Comments: Mr. Simmons prioritizes scheduled maintenance and adjusts accordingly when he is handed additional tasks such as getting estimates for crashed cars and installing the equipment in new vehicles.

**3. COMMUNICATIONS** Measures employee's performance in exchanging information with others in an effective, timely, clear, concise, logical, and organized manner. Communications include listening, speaking, writing, presenting, and sharing of information. Consideration is given to client/data complexity/sensitivity.

| OUTSTANDING | COMMENDABLE | SATISFACTORY ☒ | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| • Consistently communicates in clear, effective, timely, concise, and organized manner.<br>• Is articulate and persuasive in presenting, soliciting complex or sensitive data. | • Frequently communicates in an effective, timely, clear, concise, and organized manner.<br>• Proficiently organizes and presents difficult facts and ideas orally and in writing.<br>• Seeks/provides feedback. | • Usually communicates effectively and exchanges relevant information in a timely manner.<br>• Speaks and writes clearly.<br>• Keeps others informed.<br>• Listens with understanding. | • Often fails to communicate effectively or in a timely manner.<br>• Lacks clarity of expression orally or in writing.<br>• Is inconsistent in keeping others informed.<br>• At times, fails to listen effectively. | • Consistently fails to communicate effectively or timely.<br>• Often does not keep others informed.<br>• Is an ineffective listener and/or frequently interrupts. |

Comments: Mr. Simmons exchanges information over email to keep myself and the other supervisors up to date on any changes with the fleet.

**4. INITIATIVE/PROBLEM SOLVING** Measures the extent to which the employee is self-directed, resourceful, and creative in performing job duties individually or in a team. Also measures employee's performance in identifying and resolving problems; following through on assignments; and initiating or modifying ideas, methods, or procedures to provide improved customer service, redesign business processes, and accomplish duties.

| OUTSTANDING | COMMENDABLE ☒ | SATISFACTORY | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| • Consistently resolves unit/team problems and promotes improvements.<br>• Maximizes resources, innovation/technology to streamline/improve.<br>• Analyzes full dimension of complex problems.<br>• Requires minimal supervision. | • Prevents/resolves unit/team problems.<br>• Suggests innovations to improve operations or streamline procedures.<br>• Defines and analyzes complex problems.<br>• Develops/implements solutions with moderate supervision. | • Addresses existing and significant potential problems.<br>• Suggest or assists in developing solutions individually or in a team.<br>• Carries through solution implementation with routine supervision or follow-up. | • Resolves routine problems.<br>• Exhibits little initiative in identifying problems, solutions, or improvements and/or working proactively as part of a team to address issues of concern.<br>• Requires more than routine supervision. | • Consistently fails to recognize or seek help in resolving routine problems.<br>• Demonstrates inability to work individually or in a team.<br>• Rarely suggests improvements.<br>• Requires frequent reminders and supervision. |

Comments: Mr. Simmons has a positive attitude and works well with minimal supervision. If he is unsure how to handle a situation he asks for assistance.

| EMPLOYEE NAME: Patrick J. Simmons | PERSONNEL NUMBER: 00707929 |
|---|---|

**5. INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY (EEO)** Measures employee's development and maintenance of positive and constructive internal/external relationships. Consideration should be given to the employee's demonstrated willingness to function as a team player, give and receive constructive criticism, accept supervision, resolve conflicts, recognize needs and sensitivities of others, and treat others in a fair and equitable manner. Supervisors and team leaders also are to be assessed on their demonstrated commitment to Equal Employment Opportunity, diversity and proactive actions to prevent/address all forms of discrimination.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Consistently promotes and maintains a harmonious/productive work environment.<br>• Is respected and trusted and often viewed as a role model.<br>• Actively promotes EEO/diversity programs. | • Frequently fosters teamwork, cooperation, and positive work relationships.<br>• Handles conflict constructively.<br>• Promotes and adheres to EEO/diversity program requirements. | • Usually interacts in a cooperative manner.<br>• Avoids disruptive behavior. Deals with conflict, frustration appropriately.<br>• Treats others equitably. Adheres to EEO/diversity program requirements. | • Often has difficulty getting along with others. Allows personal bias to affect job relationships.<br>• Requires reminders regarding needs and sensitivities of others.<br>• Inconsistently adheres to EEO/diversity program requirements. | • Interpersonal relationships are counter-productive to work unit or team functions.<br>• Often ignores EEO/diversity program requirements. |

Comments: Mr. Simmons has a good working relationship with PSP members. He also, adheres to our EEO requirements.

**6. WORK HABITS** Measures employee's performance relative to efficient methods of operation, customer service, proper conduct, speech ethical behavior, and Commonwealth/agency/work unit policies and procedures, such as attendance, punctuality, safety, security, proper care and maintenance of assigned equipment, and economical use of office supplies.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Work reflects maximum innovative use of time and resources to consistently surpass expectations and improve operations.<br>• Serves as a role model with regard to work policies and safety standards. | • Frequently plans/organizes work to timely and effectively accomplish job duties with appropriate use of resources.<br>• Suggests/implements improvements and exceeds organizational work/safety rules and standards. | • Work is planned to meet routine volume and timeliness and usually fulfills operational and customer service needs.<br>• Adheres to organizational work policies/safety rules and procedures with few exceptions. | • Frequently lacks organization and planning of work and does not adequately use available resources.<br>• Often does not meet standards in complying with work policies/safety rules and/or care of equipment. | • Consistently fails to meet expected standards due to lack of effective organization, use of equipment/resources, or inattention to customer service needs.<br>• Resists established work policies/safety rules and procedures. |

Comments: Mr. Simmons has magnificent work habits. He prioritizes his duties and is excellent with completing work orders.

**7. SUPERVISION/MANAGEMENT** (Required for all supervisors/managers) Measures leadership, judgment, initiative, and achievement of expectations. Effectively managers program/projects, employees, budget, technology, and organizational change to produce positive results. Engages in strategic planning and measurement, performance management, teamwork, staff development, and recognition of accomplishments. Promotes customer service, diversity, inclusiveness, collaboration, effective communication, and positive labor/management relations. Uses innovation and fulfills administrative requirements.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Regularly exceeds expectations.<br>• Implements innovative policies, resources, and technology to maximize efficiency and service.<br>• Committed to and promotes excellence; leads by example energizing performance and teamwork.<br>• Uses and encourages creative decisions and solutions.<br>• Acts a positive change agent. | • Meets and frequently exceeds expectations.<br>• Improves efficiency and customer service.<br>• Provides staff with innovative and constructive direction, delegation, feedback, mentoring, and recognition.<br>• Adheres to performance management/administrative policies.<br>• Makes sound decisions.<br>• Promotes and maintains teamwork, inclusiveness, respect, and creativity. | • Meets most expectations timely and effectively.<br>• Maintains acceptable efficiency and customer service.<br>• Provides staff necessary direction, feedback, development, and recognition.<br>• Makes decisions that usually reflect sound judgment.<br>• Usually adheres to administrative policies.<br>• Encourages innovation, teamwork, and inclusiveness. | • Often fails to meet expectations timely and effectively.<br>• Efficiency and customer service occasionally fall below standards.<br>• Inadequately directs, trains, monitors, and recognizes staff.<br>• Inadequately fulfills administrative and performance management functions.<br>• Often lacks good judgment in decisions.<br>• Lacks leadership in promoting innovation, teamwork, and inclusiveness. | • Consistently fails to meet expectations timely or effectively.<br>• Delivers unacceptable customer service or operational efficiency.<br>• Disregards or ineffectively provides staff direction, monitoring, and development.<br>• Often ignores performance management or administrative policies.<br>• Is indecisive or lacks good judgment.<br>• Resists change. |

Comments: Mr. Simmons promotes and maintains teamwork and leadership within the automotive unit.

| EMPLOYEE NAME: Patrick J. Simmons | PERSONNEL NUMBER: 00707929 |
|---|---|

## OVERALL RATING

**INSTRUCTIONS:** Provide an overall rating based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions. This rating provides an overall impression of job performance that is *supported* by the job factor ratings, not necessarily an *average* of those ratings. Thus, each factor need not be of equal weight but comments should justify significant differences on the overall rating.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Employee consistently and significantly exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets and frequently exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets the expectations and standards of the employee's job in a fully adequate way. | • Employee meets many of the expectations of the job in a satisfactory manner but often fails to adequately meet some of the expectations or standards. Improvement is required. | • Employee fails to meet many job expectations and standards. Performance deficiencies must be corrected. |

Overall Comments: Mr. Simmons is an asset to the Pennsylvania State Police. The importance of keeping our fleet of vehicles running safely is paramount and Mr. Simmons has taken on that responsibility without hesitation.

**EMPLOYEE STRENGTHS:** (Identify strong attributes, abilities, or proficiency in an area, to maximize the employee's contribution to the organization in utilizing these abilities and skills and to identify potential mentor relationships.)
Comments: Mr. Simmons manages his time well and has the knowledge and skills needed to maintain the fleet of vehicles in Troop K Philadelphia.

**OPPORTUNITIES FOR DEVELOPMENT:** (Identify knowledge, skills, and abilities that may need improvement. Address developmental activities to assist the employee in addressing either areas of concern or opportunities for professional growth.)
Comments: I recommend Mr. Simmons take advantage of training that the Department offers related to the fleet vehicles.

| Rater's Signature: Cpl Dennis H | Date: 11/07/18 |
|---|---|

## REVIEWER'S COMMENTS

Comments: MR. SIMMONS IS A RELIABLE AND VALUED EMPLOYEE AT TROOP K, PHILADELPHIA. AS A SUPERVISOR, HE KEEPS THE GARAGE RUNNING SMOOTHLY. MR. SIMMONS TAKES INITIATIVE TO SOLVE PROBLEMS THAT ARISE.

| Reviewer's Signature: Sgt. McGuire | Date: 11/07/18 |
|---|---|

## EMPLOYEE'S COMMENTS

☐ I AGREE WITH THIS RATING    ☐ I DISAGREE WITH THIS RATING

☐ I WOULD LIKE TO DISCUSS THIS RATING WITH MY REVIEWING OFFICER

☐ DISCUSSION WITH MY REVIEWING OFFICER OCCURRED _____
(DATE)

☐ I ACKNOWLEDGE THAT I HAVE READ THIS REPORT AND I HAVE BEEN GIVEN AN OPPORTUNITY TO DISCUSS IT WITH THE EVALUATOR; MY SIGNATURE DOES NOT NECESSARILY MEAN THAT I AGREE WITH THE REPORT.

Comments:

| Employee's Signature: | Date: 11-13-18 |
|---|---|

# EMPLOYEE PERFORMANCE REVIEW

*EPR Links Document*

363L (Rev. 8/2011)

| GENERAL INFORMATION | TYPE REPORT | | | |
|---|---|---|---|---|
| | | ☐ PROBATIONARY | ☐ INTERIM | ☒ ANNUAL |

| EMPLOYEE NAME<br>Patrick J. Simmons | AGENCY<br>PA State Police | | PERSONNEL NUMBER<br>707929 |
|---|---|---|---|
| CLASS TITLE<br>Automotive Mechanic | ☐ SUPERVISOR<br>☒ NON-SUPERVISOR | ☐ CIVIL SERVICE<br>☒ NON-CIVIL SERVICE | ☒ UNION<br>☐ NON-UNION |
| ORGANIZATION<br>4110  Philadelphia HQs | EVALUATION PERIOD<br>FROM  12/2014          TO  12/2015 | | |
| SUPERVISOR NAME<br>Giuseppe Lombardi | SUPERVISOR POSITION NUMBER<br>00011272 | | |

## GENERAL INSTRUCTIONS

☒ *Verify/complete General Information.*

☒ *Review with the employee the employee's position description, performance standards (expectations/objectives/duties) for the evaluation period* to ensure the appraisal relates to the specific responsibilities, job assignments, and standards that were conveyed to the employee for the evaluation period.

*(On-line Position Description Application)*

☒ *Base the appraisal on the employee's performance during the entire evaluation period,* not isolated incidents or performance prior to the current evaluation period.  Obtain/review necessary input and supporting data.

☒ *Rate each factor in relation to the standards established and the guidelines listed on the form.*

☒ *Provide an overall rating* based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions.  Each factor need not be of equal weight but comments should justify significant differences impacting on the overall rating.

☒ *Assess employee strengths and identify opportunities where the employee could improve or requires additional knowledge or skill.*  Include projected development needs to meet anticipated assignments during the next evaluation period.  Obtain employee input regarding their training needs.  When rating employees, consider their participation and willingness to participate in employee development opportunities.

☒ The *comments sections* should be used to:  support performance ratings, indicate problem areas, and provide guidance to employees on how to improve performance.  *Comments MUST be provided for all ratings given.*  Supervisor, reviewing officer, and employee comments are to be relevant and job related.  *(Additional comments for any sections should be placed on Page 5 of this form if completing the form electronically or by attaching additional 8 ½ by 11 paper in similar format.)*

☒ *Discuss/obtain comments and signature/date* of reviewing officer before discussion with employee.

☒ *Sign/date the form, meet with employee to discuss the rating,* and obtain the employee's signature/date/comments.  Arrange for reviewing officer discussion if requested.

☒ *Update with the employee position description, essential job functions, and performance standards/objectives for the next evaluation period.*

## COMMUNICATION OF PERFORMANCE STANDARDS

*Indicate when you conveyed performance standards to the employee and when progress review(s) was conducted:*

1.  Performance standards (objectives, duties, expectations, etc.) for this evaluation period were conveyed to employee on __12/3/14__.
       date(s)

2.  Progress Review(s) was conducted on __N/A__ (at least one during the evaluation period).
       date(s)

| EMPLOYEE NAME: Patrick J. Simmons | PERSONNEL NUMBER: 707929 |
|---|---|

**5.** **INTERPERSONAL RELATIONS/EQUAL EMPLOYMENT OPPORTUNITY (EEO)** Measures employee's development and maintenance of positive and constructive internal/external relationships. Consideration should be given to the employee's demonstrated willingness to function as a team player, give and receive constructive criticism, accept supervision, resolve conflicts, recognize needs and sensitivities of others, and treat others in a fair and equitable manner. Supervisors and team leaders also are to be assessed on their demonstrated commitment to Equal Employment Opportunity, diversity and proactive actions to prevent/address all forms of discrimination.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Consistently promotes and maintains a harmonious/productive work environment.<br>• Is respected and trusted and often viewed as a role model.<br>• Actively promotes EEO/diversity programs. | • Frequently fosters teamwork, cooperation, and positive work relationships.<br>• Handles conflict constructively.<br>• Promotes and adheres to EEO/diversity program requirements. | • Usually interacts in a cooperative manner.<br>• Avoids disruptive behavior. Deals with conflict, frustration appropriately.<br>• Treats others equitably. Adheres to EEO/diversity program requirements. | • Often has difficulty getting along with others. Allows personal bias to affect job relationships.<br>• Requires reminders regarding needs and sensitivities of others.<br>• Inconsistently adheres to EEO/diversity program requirements. | • Interpersonal relationships are counter-productive to work unit or team functions.<br>• Often ignores EEO/diversity program requirements. |

Comments: Patrick Simmons is able to interact positively with all PSP Departments that the garage provides service too.

**6.** **WORK HABITS** Measures employee's performance relative to efficient methods of operation, customer service, proper conduct, speech ethical behavior, and Commonwealth/agency/work unit policies and procedures, such as attendance, punctuality, safety, security, proper care and maintenance of assigned equipment, and economical use of office supplies.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Work reflects maximum innovative use of time and resources to consistently surpass expectations and improve operations.<br>• Serves as a role model with regard to work policies and safety standards. | • Frequently plans/organizes work to timely and effectively accomplish job duties with appropriate use of resources.<br>• Suggests/implements improvements and exceeds organizational work/safety rules and standards. | • Work is planned to meet routine volume and timeliness and usually fulfills operational and customer service needs.<br>• Adheres to organizational work policies/safety rules and procedures with few exceptions. | • Frequently lacks organization and planning of work and does not adequately use available resources.<br>• Often does not meet standards in complying with work policies/safety rules and/or care of equipment. | • Consistently fails to meet expected standards due to lack of effective organization, use of equipment/resources, or inattention to customer service needs.<br>• Resists established work policies/safety rules and procedures. |

Comments: Patrick Simmons has good work habits. He exceeded expectations when the garage was moved to the new building. He helped pack and move all automotive equipment and automotive supplies to the new garage so that PSP would not be charged an added fee from the moving company. He also helped with setting up the automotive equipment in the new garage. He also helped with organizing the automotive supplies on the new shelves in the garage.

**7.** **SUPERVISION/MANAGEMENT** (Required for all supervisors/managers) Measures leadership, judgment, initiative, and achievement of expectations. Effectively managers program/projects, employees, budget, technology, and organizational change to produce positive results. Engages in strategic planning and measurement, performance management, teamwork, staff development, and recognition of accomplishments. Promotes customer service, diversity, inclusiveness, collaboration, effective communication, and positive labor/management relations. Uses innovation and fulfills administrative requirements.

| OUTSTANDING ☐ | COMMENDABLE ☐ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Regularly exceeds expectations.<br>• Implements innovative policies, resources, and technology to maximize efficiency and service.<br>• Committed to and promotes excellence; leads by example energizing performance and teamwork.<br>• Uses and encourages creative decisions and solutions.<br>• Acts a positive change agent. | • Meets and frequently exceeds expectations.<br>• Improves efficiency and customer service.<br>• Provides staff with innovative and constructive direction, delegation, feedback, mentoring, and recognition.<br>• Adheres to performance management/administrative policies.<br>• Makes sound decisions.<br>• Promotes and maintains teamwork, inclusiveness, respect, and creativity. | • Meets most expectations timely and effectively.<br>• Maintains acceptable efficiency and customer service.<br>• Provides staff necessary direction, feedback, development, and recognition.<br>• Makes decisions that usually reflect sound judgment.<br>• Usually adheres to administrative policies.<br>• Encourages innovation, teamwork, and inclusiveness. | • Often fails to meet expectations timely and effectively.<br>• Efficiency and customer service occasionally fall below standards.<br>• Inadequately directs, trains, monitors, and recognizes staff.<br>• Inadequately fulfills administrative and performance management functions.<br>• Often lacks good judgment in decisions.<br>• Lacks leadership in promoting innovation, teamwork, and inclusiveness. | • Consistently fails to meet expectations timely or effectively.<br>• Delivers unacceptable customer service or operational efficiency.<br>• Disregards or ineffectively provides staff direction, monitoring, and development.<br>• Often ignores performance management or administrative policies.<br>• Is indecisive or lacks good judgment.<br>• Resists change. |

Comments:   N / A

**EMPLOYEE NAME:** Patrick J. Simmons      **PERSONNEL NUMBER:** 707929

## OVERALL RATING

**INSTRUCTIONS:** Provide an overall rating based on the rating of the individual factors, adherence to significant performance standards, and accomplishment of essential functions. This rating provides an overall impression of job performance that is *supported* by the job factor ratings, not necessarily an *average* of those ratings. Thus, each factor need not be of equal weight but comments should justify significant differences on the overall rating.

| OUTSTANDING ☐ | COMMENDABLE ☒ | SATISFACTORY ☐ | NEEDS IMPROVEMENT ☐ | UNSATISFACTORY ☐ |
|---|---|---|---|---|
| • Employee consistently and significantly exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets and frequently exceeds job expectations and standards and demonstrates a high degree of initiative, customer service, and quality of work. | • Employee meets the expectations and standards of the employee's job in a fully adequate way. | • Employee meets many of the expectations of the job in a satisfactory manner but often fails to adequately meet some of the expectations or standards. Improvement is required. | • Employee fails to meet many job expectations and standards. Performance deficiencies must be corrected. |

Overall Comments: Patrick Simmons meets and sometimes exceeds the standards of the PA State Police. He has shown great initiative with the move to the new garage and with the Pope detail  He has been a valuable automotive mechanic at the Troop K Philadelphia garage.

**EMPLOYEE STRENGTHS:** (Identify strong attributes, abilities, or proficiency in an area, to maximize the employee's contribution to the organization in utilizing these abilities and skills and to identify potential mentor relationships.)
Comments: Patrick Simmons has enthusiasm for the automotive trade and it reflects in his work.

**OPPORTUNITIES FOR DEVELOPMENT:** (Identify knowledge, skills, and abilities that may need improvement. Address developmental activities to assist the employee in addressing either areas of concern or opportunities for professional growth.)
Comments: Patrick Simmons needs only a small amount of improvement in his diagnosing of vehicles to be repaired….this will come in time and with experience.

**Rater's Signature:** Giuseppe Lombardi    *(signature)*      **Date:** 12/8/15

### REVIEWER'S COMMENTS

Comments:
I support the ratings of Mr. Simmons as set forth by his supervisor, Mr. Lombardi. Mr. Simmons reports to work and gets the job done when there are vehicles to be repaired. I appreciate the work he has done this past year and I look forward to continuing to work with Mr. Simmons here in Troop K, Philadelphia.

**Reviewer's Signature:** Sgt. Michelle N. Swantner *(signature)*      **Date:** 01/20/16

### EMPLOYEE'S COMMENTS

☒ I AGREE WITH THIS RATING      ☐ I DISAGREE WITH THIS RATING

☐ I WOULD LIKE TO DISCUSS THIS RATING WITH MY REVIEWING OFFICER

☐ DISCUSSION WITH MY REVIEWING OFFICER OCCURRED _____
                                                    (DATE)

☒ I ACKNOWLEDGE THAT I HAVE READ THIS REPORT AND I HAVE BEEN GIVEN AN OPPORTUNITY TO DISCUSS IT WITH THE EVALUATOR; MY SIGNATURE DOES NOT NECESSARILY MEAN THAT I AGREE WITH THE REPORT.

Comments:

**Employee's Signature** *(signature)*      **Date:** 1-20-16.



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.