

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
akarpf@karpf-law.com

September 3, 2021

**FILED VIA ECF**

The Honorable Chad F. Kenney
United States District Court for the Eastern District of Pennsylvania
6614 James A. Byrne United States Courthouse
601 Market Street, Independence Mall West
Philadelphia, Pennsylvania 19106-1754

      Re:     **Simmons v. Pennsylvania State Police et al.**
                **Civil Action No.: 21-1455**

Dear Judge Kenney,

    This law firm serves on the federal employment panel. We have had the opportunity to meet and confer with the Plaintiff in the above-referenced matter. And we have accepted representation. We welcome an order appointing this firm as counsel moving forward. Please let me know if any additional information is necessary.

    Thank you.

                                                 Respectfully Submitted,

                                               **KARPF, KARPF & CERUTTI, P.C.**

                                               */s/  Ari R. Karpf*
                                               Ari R. Karpf, Esq.